```
                                        FILED
                                   U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2000 MAY 19  A 11: 52

                                   LORETTA G. WHYTE
                                         CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ZITO TOWING, INC.                    CIVIL ACTION #00-0419

    VERSUS                           SECTION: S

BETA SAN MIGUEL,                     MAGISTRATE: 1
INGENIO SAN RAFAEL
DE PUCTE, S.A. DE C.V.
and SEGUROS COMERCIAL AMERICA

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS

**NOW INTO COURT,** through the undersigned attorney, comes Zito Towing, Inc., plaintiff in this matter, and who respectfully represents that it wishes to dismiss the captioned matter, with prejudice, as to Ingenio San Rafael De Pucte, S.A. De C.V, Beta San Maguel and Seguros Comercial America, each party to bear its own costs.

DATE OF ENTRY
MAY 2 2 2000

Fee___
Process___
X Dktd___
_CtRmDep___
Doc.No. 2

Respectfully submitted,

**OSBORN & OSBORN**

_____
R. A. Osborn, Jr.      #10258
R. A. Osborn, III      #24587
607 Second Street
P.O. Box 0099
Gretna, Louisiana 70054-0099
(504) 362-0691
Attorneys for Zito Towing, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ZITO TOWING, INC.                          CIVIL ACTION #00-0419

    VERSUS                                 SECTION: S

BETA SAN MIGUEL,                           MAGISTRATE: 1
INGENIO SAN RAFAEL
DE PUCTE, S.A. DE C.V.
and SEGUROS COMERCIAL AMERICA

\* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Considering the motion of Zito Towing, Inc., plaintiff in this matter:

IT IS ORDERED that this matter be dismissed with prejudice as to Ingenio San Rafael De Pucte S.A. De C.V, Beta San Miguel and Seguros Comercial America.

NEW ORLEANS, LOUISIANA this __22__ day of __May__, 2000.

_____
J U D G E

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mailed to all counsel by placing same in the United States Mail, postage pre-paid and properly addressed this 18th day of May, 2000.

_____
R. A. OSBORN, JR.